B1 (Official Form 1) (1/08)

| United States Bankruptcy Court Southern District of Florida - Miami Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): Amerigrow Recycling-Delray, Limited Partnership | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): Amerigrow Golf, Amerigrow Soils, Amerigrow Trucking, Mulching Solutions, Amerigrow, Amerigrow Recycling | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):   EIN: 16-1480138 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City,  and State) 10320 West Atlantic Avenue Delray Beach, FL     ZIPCODE 33446 | Street Address of Joint Debtor (No. and Street, City, and State     ZIPCODE |
| County of Residence or of the Principal Place of Business: Palm Beach | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIPCODE | Mailing Address of Joint Debtor (if different from street address):     ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of  Business** (Check **one**  box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 31021 - Adobe PDF

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Amerigrow Recycling-Delray, Limited Partnership |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:  N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>Amerigrow Recycling Corp. | Case Number: | Date Filed:<br>October 27, 2009 |
| District:<br>Southern District of Florida | Relationship:<br>General Partner | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)             Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐   Landlord has a judgment for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Amerigrow Recycling-Delray, Limited Partnership |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

---

**Signature of Attorney***

X   /s/ Heather L. Harmon, Esq.
_____
Signature of Attorney for Debtor(s)

HEATHER L. HARMON, ESQ. 013192
Printed Name of Attorney for Debtor(s)

Genovese Joblove & Battista, P.A.
Firm Name

100 Southeast Second Street
Address

Suite 4400      Miami, Florida 33131

305-349-2300
Telephone Number

November 2, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Janet F. Tomlinson
_____
Signature of Authorized Individual

JANET F. TOMLINSON
Printed Name of Authorized Individual

President of General Partner, Amerigrow Recycling Corp.
Title of Authorized Individual

November 2, 2009
Date

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 31021 - Adobe PDF

A & L Southern Agricultural Inc.
1301 West Copans Road - Bldg D, Ste B
Pompano Beach, Fl 33064


A&l Great Lake Laboratories
3505 Conestoga Drive
Ft Wayne, In  46808


Advanced Pallets
Po Box 668455
Pompano Beach, Fl 33066


Advanced Truck Equipment
1315 Neptune Drive
Boynton Beach, Fl 33426


Aetna
Po Box 0824
Carol Stream, Il 60132


Allstate
Po Box 650514
Dalas, Tx 75265


Alter Moneta
50 Lakefront Blvd
Buffalo, Ny 14240-0517


Amergrow Recycling Corp.
10320 W. Atlantic Avenue
Delray Beach, Fl 33446


Amerigas
Po Box 371473
Pittsburgh, Pa 15250-7473


Amerigrow Of Jupiter Corp.
10320 W Atlantic Avenue
Delray Beach, Fl 33446

Amerigrow Recycling Corp.
10320 W. Atlantic Ave.
Delray Beach Fl 33446


Amerimulch
Po Box 75509
Cleveland , Oh 44101-4755


Andrew Schwartz
101 Plaza Real South, Suite 218
Boca Raton, Fl 33432


Aramatic Refreshment Services
1611 Sw 5th Court
Pompano Beach, Fl 33069


At & T
Po Box 6463
Carol Stream, Il 60197-6463


At & T Advertising
Po Box 105024
Atlanta, Ga 30348-5024


Atlantic Coast Environmental.
1751 Sw 43 Terrace
Deerfield Beach, Fl 33442


Bec Auto Repair
3000 High Ridge Road, Unite #17
Boynton Beach, Fl 33426


Becker Underwood Inc.
801 Dayton Ave
Ames, Ia 50010


Best Electric Connections
802 South 10th Street
Lantana, Fl 33462

Betrock Information Systems
7770 Davie Road Extension
Hollywood, Fl 33024-2516


Briggs Equipment
Po Box 409794
Atlanta, Ga 30384-9794


Broward Community College
Procurement Services
Willis Holcombe Center
111 East Las Olas Blvd.
Fort Lauderdale, Fl 33301


Bwi-homestead
1037 Nw 4th Street
Homestead, Fl 33030-5797


Cardinal Scale Manufacturing Co.
3215 Nw 10th Terrace, Suite 203
Oakland Park, Fl 33309


Carquest
Po Box 404875
Atlanta, Ga 30384-4875


Charles W. Tomlinson
Po Box 480007
Delray Beach, Fl 33448


Citi/ge Capital
1669 Phoenix Pkwy
Phoenix Office Park, Suite 210
College Park, Ga 30349


City Of Boca Raton
Attn: Alicia B. Kalish, Cppb
City Hall
201 West Palmetto Park Road
Boca Raton, Fl 33432-3795

Colonial Life
Po Box 1365
Columbia, Sc 29202


Colorbiotics-a Becker Underwood Company
Po Box 535038
Atlanta, Ga 30353-5038


Comp Tech Systems
6311 Van Nuys Blvd, Ste: 1200
Van Nuys, Ca 91401


Conrad Yelvington Distributors, Inc.
Po Box 11637
Daytona Beach, Fl 32120


Construction Hydraulics Of Lw.
1320 South J Terrace
Lake Worth, Fl 33460


Continental Bio-mass Industries (cbi)
22 Whittier Street
Newton, Nh 03858


David Tomlinson
13184 Halifax Court
Wellington, Fl 33414


Discrete Wireless, Inc.
1327 Northmeadow Pkwy, Suite 150
Roswell, Ga 30076


Dolphin Capital Corp
2061 N Morley Street
Moberly, Mo 65270


Earth & Wood Product Consulting Inc
23 Cross Road
Syracuse, Ny 13224

Elite Aluminum Corp.
4650 Lyons Technology Pkwy
Coconut Creek, Fl 33073


Euler Hermes Aci
800 Red Brook Blvd
Owings Mills, Md 21117-1008


Express Blower
9281 Lesaint Drive
Fairfield, Oh 45014


Fafard
Po Box 281153
Atlanta, Ga 30384-1153


Fastenal Industries & Construction
1000 Clint Moore Rd, Suite 109
Boca Raton, Fl 33487


Federal Background Services
Po Box 6703
Lake Worth, Fl 33466


Fifth Third Bank
1560 Sawgrass Corp Parkway, Ste: 220
Sunrise, Fl 33323


First Insurance Funding Corp
450 Skokie Blvd., Ste. 1000
Northbrook, Il 60062


Fisher Hydraulic Services Llc
421 Nw 10 Terrace
Hallandale, Fl 33009


Flagler Cds
2190 County Road 13
Bunnell, Fl 32110

Floragem Investments Corp.
6837 Bianchini Circle
Boca Raton, Fl 33433

Florida Bearings, Inc.
Po Drawer 370690
Miami, Fl 33137

Florida Combined Life
Po Box 769569
Roswell, Ga 30076

Florida Department Of Revenue
6565 Taft Street
Hollywood, Fl 33024

Florida Potting Soils Inc
6021 Beggs Road
Orlando, Fl 32810

Florida Power & Light
Po Box 025576
Miami, Fl 33102

Ford Motor Credit Company
Po Box 105704
Atlanta, Ga 30348

Freedom Alloys
Po Box 1478
Cypress, Tx 77410-1478

Galvez Trucking, Inc.
5940 Nw 201 St.
Miami, Fl 33015

Gcr Tire Centers
3077 Sw 13 Drive-store 1287
Deerfield Beach, Fl 33442

Ge Fleet Services.
Po Box 100363
Atlanta, Ga 30384-0363


Go Green Product And Services
1818 Hammock Blvd.
Coconut Creek, Fl 33063


Gps North America
406 Executive Dr
Langhorne, Pa 19047


Grainger
Po Box 419267
Kansas City, Mo 64141-6267


Habitat Restoration Resources, Inc.
17 Nw 38 Place
Cape Coral, Fl 33993


Heavy Equipment
Po Box 1948
Dade City, Fl 33526


Honorable R. Alexander Acosta, U.S. Attorney
99 Ne 4th Street
Miami, Fl 33132


Huntington National
105 East 4th Street
Cincinnati, Oh 45270-1096


Hydraulic Supply Co.
Po Box 552530
Ft. Lauderdale, Fl 33355

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, Pa 19114


Internal Revenue Service
Insolvency Unit
7850 S.W. 6th Court
Mail Stop 5730
Plantation, Fl 33324


J & J Auto Electric Cooling & Radiator.
4705-d Southern Blvd
West Palm Beach, Fl 33415-2096


J-m Trading Corp.
Po Box 1059
Lockport, Il 60441


James Schry
10300 W. Atlantic Avenue
Delray Beach, Fl 33446


Janet Tomlinson
10320 W Atlantic Avenue
Delray Beach, Fl 33446


Janet Tomlinson
6837 Bianchini Circle
Boca Raton, Fl 33433


Jj Keller
Po Box 548
Neenah, Wi 54957


John A. Grant, Jr., Inc.
3333 North Federal Hwy, Ste: 3
Boca Raton, Fl 33431

John Stewart
Po Box 740266
Boynton Beach, Fl 33437


Jp Miller
1407 Sw 1st Way
Deerfield Beach, Fl 33441


Kempfer Sawmill Inc.
6254 Kempfer Road
St. Cloud, Fl 34773


Kenworth Of South Florida
Po Box 2257
Decatur, Al 35609-2257


Kimball Midwest
Dept. L-2780
Columbus, Oh 43260-2780


Komatsu Financial
1701 W Golf Road, Suite I-300
Rolling Meadows, Il 60008


Konica Minolta #662041
Po Box 403718
Atlanta, Ga 30384


Konica Minolta Business Solutions, U.S.A., Inc.
100 Williams Drive
Ramsey, Nj 07446


Kubota Credit Corp.
Po Box 0559
Carol Stream, Il 60132-0559


L & L Distributiors
1511 N Powerline Rd
Pompano Beach, Fl 33069-1690

La Mousse Acadienne
Case Postale 2002
Lameque, Nb E8t 3n3


Lambert Peat Moss Inc
Po Box 55811
Boston, Ma 02205-5811


Land And Sea Petroleum Holdings
6710 Nw 15 Way
Fort Lauderdale, Fl 33309


Lawson Products, Inc.
2689 Paysphere Circle
Chicago, Il 60674


Liquid Graphics
1435 S. University Dr
Plantation, Fl 33324


M & S Fin.
23 Cross Road
Syracuse, Ny 13224


Manuel Cordero
13945 Sw 25 Terrace
Miami, Fl 33175


Martino Tire.
751 S. Congress Ave
West Palm Beach, Fl 33406


Merchant Processing Services
132 West 36th Street, 3rd Floor
New York, Ny 10018


Michael G. Kearney
10320 W Atlantic Avenue
Delray Beach, Fl 33446

Monison Pallets
5420 Nw 37th Avenue
Miami, Fl 33142


Mulch Maker, Llc
10320 W Atlantic Avenue
Delray Beach, Fl 33446


Mulch Maker, Llc
10320 W. Atlantic Ave.
Delray Beach Fl 33446


National City Bank
 Po Box 1954
West Palm Beach, Fl 33402


Nextel
Po Box 4181
Carol Stream, Il 61097


Nextran Truck Center
1490 Nw 22nd Street
Pompano Beach, Fl 33069


Nina Plastics
1903 Cypress Lake Drive
Orlando, Fl 32837


Northern Safety Co. Inc.
Po Box 4250
Utica, Ny 13504-4250


Nursery Report
18710 S.W. 288 Street, Room 38
Homestead, Fl 33030


Nurserymen's Sure-gro
4390 North Us 1
Vero Beach, Fl 32967

Nuvox Communications
Po Box 538652
Atlanta, Ga 30353-8652


Office Depot
Po Box 88040
Chicago, Il 60680


P.J.'s Land Clearing & Excavating
Po Box 540517
Greenacres, Fl 33454


Palm Beach County
Purchasing Department
50 S Military Trail, Suite 110
West Palm Beach, Fl 33415-3199


Palm Beach County Tax Collector
301 North Olive Avenue
P O Box 3715
West Palm Beach, Fl 33402


Palm Beach Hose & Fittings Inc.
3555 Fiscal Court Ste 1
Riviera Beach, Fl 33404


Palm Beach Newspapers
Po Box 24694
West Palm Beach, Fl 33416


Palm Beach Spring Company
324 Sunshine Road
West Palm Beach, Fl 33411


Pc Lan Techs
1622 Latham Rd
West Palm Beach, Fl 33409

Peanuts Country Store
9595 West Atlantic Ave
Delray Beach, Fl 33446


Perry & Taylor
2401 Pga Blvd., Suite 110
Palm Beach Gardens, Fl 33410


Pitney Bowes
27 Waterview Drive
Shelton, Ct 06484


Pitney Bowes
Po Box 856460
Louisville, Ky 40285


Port Consolidated
Po Box 350430
Ft. Lauderdale, Fl 33335-0430


Progressive Business Publications
370 Technology Drive / Po Box 3019
Malvern, Pa 19355


Pure Beverage Systems, Inc
3195 N. Powerline Road Ste 112
Pompano Beach, Fl 33069


Pure Beverage Systems, Inc.
3195 N Powerline Rd
Pompano Beach, Fl 33069-1052


Regions Bank
1900 Fifth Avenue North
Birmingham, Alabama 35203


Rkc Land Development
13756 79th Court North
Wpb, Fl 33412

Santom Transport, Inc
9357 Se 126 Blvd
Okeechobee, Fl 34974


Silvia Kearney
10320 W Atlantic Avenue
Delray Beach, Fl 33446


Somerset Soil, Inc.
5001 Sw 82nd Ave
Davie, Fl 33328


South Florida Contractor Svcs, Inc.
7061 W. Commercial Blvd Suite 5-j
Tamarac, Fl 33319


Southern Building Products
4922 Dyer Blvd
West Palm Beach, Fl 33407


Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 Sw 1st Avenue, #1114
Miami, Fl 33130


Sprint
Po Box 105243
Atlanta, Ga 30348


Sunn Security
1025 Nw 17th Ave
Delray Beach, Fl 33445


Sunscape Premium Landscape Rock
Po Box 8001
Sanford, Fl 32772

Superior Wash
320 S. Flamingo Road Pmb116
Pembroke Pines, Fl 33027


Susan Sherrill, Esq.
Securities And Exchange Commission
Branch Of Reorganization
3475 Lenox Road, N.E., #1000
Atlanta, Ga 30326-1232


Tate Transport Corp.
2830 W.Sr 84, Ste. 102
Ft. Lauderdale, Fl 33312


The Apartment Vendor Guide
503 Wekiva Commons Circle
Apopka, Fl 32712


The Honorable Eric H. Holden, Jr.
Attorney General Of The U.S.
950 Pennsylvania Avenue, Nw Room 4400
Washington, Dc 20530-0001


The Plant List
Po Box 976
Palm City, Fl 34990


Toilet Taxi Corp.
9257 Nw 3th Court
Coral Springs, Fl 33071


Tropical Soil Llc
162 Bella Vista Way
Royal Palm Beach, Fl 33411


Turner Trucking
8890 150th St.
Maquoketa, Ia 52060

Tyre Busters Inc.
Po Box 212465
Royal Palm Beach, Fl 33421


Unisource Worldwide Inc.
Po Box 409884
Atlanta, Ga 30384-9884


United Parcel Service
Po Box 7247-0244
Philadelphia, Pa 19170-0001


Verizon Wireless
Po Box 489
Newark, Nj 07101-0489


Village Of Wellington
Attn: Robert Bruno
14000 Greenbriar Boulevard
Wellington, Fl 33414


W.R. Grace
Lockbox# 415618
2 Morrissey Blvd
Dorchester, Ma 02125


Wabash National Trailer Center
2270 Reliable Pkwy
Chicago, Il 60686


Wachovia Bank, Na
Po Box 13765
Roanoke, Va 24037-3765


Welder Services
4620 Dyer Blvd
West Palm Beach, Fl 33407

Wells Fargo
1540 W. Fountainhead Pkwy
Tempe, Az 85282


Westway Heavy Transportation.
3681 West Oakland Park Blvd
Lauderdale Lakes, Fl 33311


White Palms Fire Equipment, Inc..
4400-k Charlotte Street
Lake Worth, Fl 33461


White's Landscape Supply, Inc
Po Box 1634
Thomasville, Ga 31799


Windmill Sprinkler Co., Inc..
9779 West Atlantic Ave
Delray Beach, Fl 33446


Woodfuel Com
5900 Haynesworth Lane
Houston, Tx 77034


Workers' Compensation Group, Inc.
Po Box 410
Boca Raton, Fl 33429


World Environmental Corp.
Po Box 292337
Davie, Fl 33329


Xenco Laboratories
3231 Nw 7th Avenue
Boca Raton, Fl 33431


Yovany Gonzalez
Po Box 480545
Delray Beach, Fl 33448

***AMERIGROW RECYCLING – DELRAY, LIMITED PARTNERSHIP***

**UNANIMOUS WRITTEN CONSENT**
**AUTHORIZING THE FILING OF CHAPTER 11 BANKRUPTCY**
**PROCEEDINGS IN LIEU OF A MEETING AND RELATED MATTERS**

The undersigned, Janet Tomlinson and Silvia Kearney, being all the Directors of Amerigrow Recycling Corp., the general partner of Amerigrow Recycling – Delray, Limited Partnership, do hereby unanimously waive all formal requirements, including the necessity of holding a formal or informal meeting, and any requirements for notice, and do hereby consent in writing, notwithstanding any other agreement or understanding (written or verbal) to the contrary, to the adoption of the following Resolutions and taking of the following actions, in lieu of a meeting of the Company pursuant to Section 708 of the New York Business Corporation Law:

**BE IT RESOLVED** that the undersigned, hereby adopt these Resolutions, notwithstanding any term(s) or provision(s) (the "Other Provisions") of any agreement(s) or understanding(s) to the contrary to which the Company is a party, whether written or verbal ("Other Agreements"), and to the extent there are any such Other Provisions or Other Agreements, hereby directs that these Resolutions shall hereby control, supersede and replace such Other Provisions, and any such Other Agreements are hereby modified to reflect the terms and provisions set forth in these Resolutions.

**BE IT FURTHER RESOLVED** that the undersigned, on behalf of the Company, authorizes and empowers Janet Tomlinson (an "Authorized Officer"), to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida on behalf of the Company, which filing be and the same is hereby approved (the "Chapter 11 Proceedings"); and

**BE IT FURTHER RESOLVED** that the Authorized Officer, is hereby authorized and directed, in the name of the Company and on its behalf, to seek such orders from the Bankruptcy Court, including without limitation, orders regarding the operation of the business and the financing thereof, as he may deem necessary or advisable during the pendency of the Chapter 11 Proceedings, including taking any and all action necessary to comply with the duties and obligations of the Company under and related to the Bankruptcy Code, and in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits or other materials, including a disclosure statement and plan of reorganization, as the Authorized Officer may deem necessary or advisable and to retain all assistance from legal counsel, accountants, consultants and other professionals, and to take any and all actions, as he deems necessary or advisable with respect to the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED** that the Company, through its Authorized Officer, is authorized (i) to retain on behalf of the Company the law firm of Genovese Joblove & Battista, P.A. as general bankruptcy counsel to render legal services to and to represent the Company in connection with the Chapter 11 Proceedings and any other matters in connection therewith, including without limitation, in the preparation and prosecution of the Chapter 11 Proceedings and all proceedings related thereto; and (ii) to retain on behalf of the Company such other professionals that the Authorized Officer deems necessary or advisable to represent or assist the Company as is necessary in connection with the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED**, that the Authorized Officer of the Company is hereby authorized, empowered and directed to do all things and to take all actions which such officer may deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions; and

**BE IT FURTHER RESOLVED,** that any and all actions previously taken by any director, member, manager, officer, employee or agent of the Company regarding or related to the subject matter of any and all of the foregoing resolutions are hereby ratified, confirmed and approved in all respects.

**BE IT FURTHER RESOLVED** that the foregoing Resolutions shall be effective as of the 2nd day of November 2009.

IN WITNESS WHEREOF, the undersigned have hereunto set their hand and seal for the purposes herein expressed.

<u>**Amerigrow Recycling – Delray, Limited Partnership**</u>

By: Amerigrow Recycling Corp, its general partner

**UNANIMOUSLY BY ALL DIRECTORS**

By:_____
Janet Tomlinson, Director

By:_____
Silvia Kearney, Director

**BE IT FURTHER RESOLVED,** that any and all actions previously taken by any director, member, manager, officer, employee or agent of the Company regarding or related to the subject matter of any and all of the foregoing resolutions are hereby ratified, confirmed and approved in all respects.

**BE IT FURTHER RESOLVED** that the foregoing Resolutions shall be effective as of the 2nd day of November 2009.

IN WITNESS WHEREOF, the undersigned have hereunto set their hand and seal for the purposes herein expressed.

<u>**Amerigrow Recycling – Delray, Limited Partnership**</u>

By: Amerigrow Recycling Corp, its general partner

**UNANIMOUSLY BY ALL DIRECTORS**

By:_____
Janet Tomlinson, Director


By:_____
Silvia Kearney, Director

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

Case No. 09-

AMERIGROW RECYCLING – DELRAY,
   LIMITED PARTNERSHIP

Chapter 11

_____/


VERIFICATION OF MAILING MATRIX

     The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge.


Date:  November 2, 2009            /s/ Janet Tomlinson
                                       Janet Tomlinson, President of General Partner