# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida - Miami Division

In re  Amerigrow Recycling-Delray, Limited Partnership  ,
             Debtor

Case No.  _____

Chapter     11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| La Mousse Acadienne Case postale 2002 Lameque, NB E8T 3N3 | Fax: 330-425-4240 | | | 93,966.00 |
| AmeriMulch PO Box 75509 Cleveland , OH 44101-4755 | E-mail: info@amerimulch.com Fax: 330-425-4240 | | | 92,627.00 |
| Land And Sea Petroleum Holdings 6710 NW 15 Way Fort Lauderdale, FL 33309 | Fax: 954-978-9588 becky@landseapetroleum.com | | | 67,687.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Manuel Cordero<br>13945 SW 25 Terrace<br>Miami, FL 33175 | Fax: 305-552-0019<br>mctc18@aol.com | | | 46,535.00 |
| Nina Plastics<br>1903 Cypress Lake Drive<br>Orlando, FL 32837 | Fax: 407-855-3933<br>ar@ninaplastics.com | | | 35,624.00 |
| Colorbiotics-A Becker Underwood Company<br>PO Box 535038<br>Atlanta, GA 30353-5038 | E-mail: Brent.Lester@colorbiotics.com<br>Fax: 515-817-0754 | | | 32,112.00 |
| Florida Potting Soils Inc<br>6021 Beggs Road<br>Orlando, FL 32810 | Fax: 407-293-9476<br>yolandas@sungrow.com | | | 31,949.00 |
| Port Consolidated<br>PO Box 350430<br>Ft. Lauderdale, FL 33335-0430 | Fax: 954-527-1191 | | | 12,516.00 |
| GCR Tire Centers<br>3077 SW 13 Drive-Store 1287<br>Deerfield Beach, FL 33442 | Fax: 954-421-6800<br>jhutchinson@gcrtires.com | | | 10,137.00 |
| Heavy Equipment<br>PO Box 1948<br>Dade City, FL 33526 | Fax: 601-936-3752<br>gmims@heavyequip.com | | | 9,384.00 |
| Tate Transport Corp.<br>2830 W.SR 84, Ste. 102<br>Ft. Lauderdale, FL 33312 | Fax: 954-581-6038<br>michelle@tatetransport.com | | | 8,856.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| J-M Trading Corp. PO Box 1059 Lockport, IL 60441 | Fax: 815-836-8658 jmtrading@jmtrading.com | | | 8,700.00 |
| Go Green Product and Services 1818 Hammock Blvd. Coconut Creek, FL 33063 | Fax: 561-499-5896 dominika@amerigrow.com | | | 8,508.00 |
| Tropical Soil LLC 162 Bella Vista Way Royal Palm Beach, FL 33411 | Fax: 561-791-1025 | | | 7,980.00 |
| Martino Tire. 751 S. Congress Ave West Palm Beach, FL 33406 | Fax: 561-683-7157 | | | 6,792.00 |
| Kempfer Sawmill Inc. 6254 Kempfer Road St. Cloud, FL 34773 | Fax: 407-892-4420 | | | 6,544.00 |
| Nextran Truck Center 1490 NW 22nd Street Pompano Beach, FL 33069 | Fax: 954-984-9493 jabatecola@nextrancorp.com | | | 6,483.00 |
| Unisource Worldwide Inc. PO Box 409884 Atlanta, GA 30384-9884 | Fax: 800-555-2282 brodsp01@unisourcelink.com | | | 6,343.00 |
| Florida Power & Light PO Box 025576 Miami, FL 33102 | | | | 5,956.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Betrock Information Systems 7770 Davie Road Extension Hollywood, FL 33024-2516 | | | | 5,802.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, [a member or an authorized agent of the partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    October 29, 2009

Signature    /s/ Janet F. Tomlinson

JANET F. TOMLINSON,
President of General Partner, Amerigrow Recycling Corp.